# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14666** | | | 08/29/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 72.16 | Advance | |
| OT | 22.50 | 25.0600 | 563.85 | FICA-MED | 16.87 | | 100.00 |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 100.46 | | |
| | | | | Pennsylvania SIT | 35.73 | | |
| | | | | Pennsylvania SUI | 0.81 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.64 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 65.0600 | 1,163.85 | | 238.67 | | 100.00 |
| | | | | | | Net Check | 825.18 |
| | | | | | | Net Pay | 825.18 |

**Company Expenses**
ERFICA-SS: 72.16   ERFICA-MED: 16.87

Check count = 9

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14622** | | | **08/15/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 71.24 | Advance | 100.00 |
| OT | 22.50 | 24.4000 | 549.00 | FICA-MED | 16.66 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 98.68 | | |
| | | | | Pennsylvania SIT | 35.27 | | |
| | | | | Pennsylvania SUI | 0.80 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.49 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 64.4000 | 1,149.00 | | 235.14 | | 100.00 |
| | | | | | | Net Check | 813.86 |
| | | | | | | Net Pay | 813.86 |

**Company Expenses**
ERFICA-SS: 71.24   ERFICA-MED: 16.66

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14644** | | | **08/22/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 59.00 | Advance | 100.00 |
| OT | 22.50 | 15.6300 | 351.68 | FICA-MED | 13.80 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 75.00 | | |
| | | | | Pennsylvania SIT | 29.22 | | |
| | | | | Pennsylvania SUI | 0.67 | | |
| | | | | Pennsylvania South Union, Township of EIT | 9.52 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 55.6300 | 951.68 | | 188.21 | | 100.00 |
| | | | | | | Net Check | 663.47 |
| | | | | | | Net Pay | 663.47 |

**Company Expenses**
ERFICA-SS: 59.00   ERFICA-MED: 13.80

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | | | Check # 14577 | | 08/01/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 59.60 | Advance | | 100.00 |
| OT | 22.50 | 16.0600 | 361.35 | FICA-MED | 13.94 | | | |
| | | | | FICA-MED2 | 0.00 | | | |
| | | | | FIT | 76.16 | | | |
| | | | | Pennsylvania SIT | 29.51 | | | |
| | | | | Pennsylvania SUI | 0.67 | | | |
| | | | | Pennsylvania South Union, Township of EIT | 9.61 | | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | | |
| Totals | | 56.0600 | 961.35 | | 190.49 | | | 100.00 |
| | | | | | | Net Check | | 670.86 |
| | | | | | | Net Pay | | 670.86 |

**Company Expenses**
ERFICA-SS: 59.60    ERFICA-MED: 13.94

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | | | Check # 14600 | | 08/08/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 72.29 | Advance | | 100.00 |
| OT | 22.50 | 25.1500 | 565.88 | FICA-MED | 16.91 | | | |
| | | | | FICA-MED2 | 0.00 | | | |
| | | | | FIT | 100.70 | | | |
| | | | | Pennsylvania SIT | 35.79 | | | |
| | | | | Pennsylvania SUI | 0.82 | | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.66 | | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | | |
| Totals | | 65.1500 | 1,165.88 | | 239.17 | | | 100.00 |
| | | | | | | Net Check | | 826.71 |
| | | | | | | Net Pay | | 826.71 |

**Company Expenses**
ERFICA-SS: 72.29    ERFICA-MED: 16.91

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| **Employee Totals** | | | | | | |
| **107** | **Beveridge, Seth** | | | | | |
| Regular | 360.0000 | 5,400.00 | FICA-SS | 628.73 | Advance | 700.00 |
| OT | 210.7000 | 4,740.77 | FICA-MED | 147.04 | | |
| | | | FICA-MED2 | 0.00 | | |
| | | | FIT | 872.42 | | |
| | | | Pennsylvania SIT | 311.31 | | |
| | | | Pennsylvania SUI | 7.08 | | |
| | | | Pennsylvania South Union, Township of EIT | 101.41 | | |
| | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 9.00 | | |
| Totals | 570.7000 | 10,140.77 | | 2,076.99 | | 700.00 |
| | | | | | Net Check | 7,363.78 |
| | | | | | Net Pay | 7,363.78 |

**Company Expenses**
ERFICA-SS: 628.73    ERFICA-MED: 147.04

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14482** | | | **07/03/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 73.01 | Advance | 100.00 |
| OT | 22.50 | 25.6700 | 577.58 | FICA-MED | 17.08 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 102.11 | | |
| | | | | Pennsylvania SIT | 36.15 | | |
| | | | | Pennsylvania SUI | 0.82 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.78 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 65.6700 | 1,177.58 | | 241.95 | | 100.00 |
| | | | | | | Net Check | 835.63 |
| | | | | | | Net Pay | 835.63 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 73.01   ERFICA-MED: 17.08 | | | | | | | |
| **107** | | **Beveridge, Seth** | | **Check # 14505** | | | **07/11/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 73.05 | | |
| OT | 22.50 | 25.7000 | 578.25 | FICA-MED | 17.08 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 102.19 | | |
| | | | | Pennsylvania SIT | 36.17 | | |
| | | | | Pennsylvania SUI | 0.82 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.78 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 65.7000 | 1,178.25 | | 242.09 | | 0.00 |
| | | | | | | Net Check | 936.16 |
| | | | | | | Net Pay | 936.16 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 73.05   ERFICA-MED: 17.08 | | | | | | | |

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
July 1, 2025 - August 31, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | | **Check # 14527** | | 07/18/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 80.85 | | |
| OT | 22.50 | 31.2900 | 704.03 | FICA-MED | 18.91 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 125.62 | | |
| | | | | Pennsylvania SIT | 40.03 | | |
| | | | | Pennsylvania SUI | 0.91 | | |
| | | | | Pennsylvania South Union, Township of EIT | 13.04 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 71.2900 | 1,304.03 | | 280.36 | | 0.00 |
| | | | | | | Net Check | 1,023.67 |
| | | | | | | Net Pay | 1,023.67 |

**Company Expenses**
ERFICA-SS: 80.85   ERFICA-MED: 18.91

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | | **Check # 14552** | | 07/25/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 67.53 | Advance | 100.00 |
| OT | 22.50 | 21.7400 | 489.15 | FICA-MED | 15.79 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 91.50 | | |
| | | | | Pennsylvania SIT | 33.44 | | |
| | | | | Pennsylvania SUI | 0.76 | | |
| | | | | Pennsylvania South Union, Township of EIT | 10.89 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 61.7400 | 1,089.15 | | 220.91 | | 100.00 |
| | | | | | | Net Check | 768.24 |
| | | | | | | Net Pay | 768.24 |

**Company Expenses**
ERFICA-SS: 67.53   ERFICA-MED: 15.79

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
February 1, 2025 - June 30, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | Beveridge, Seth | | **Check # 14460** | | | 06/27/25 |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 68.85 | | |
| OT | 22.50 | 22.6900 | 510.53 | FICA-MED | 16.10 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 94.06 | | |
| | | | | Pennsylvania SIT | 34.09 | | |
| | | | | Pennsylvania SUI | 0.78 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.11 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 62.6900 | 1,110.53 | | 225.99 | | 0.00 |
| | | | | | | Net Check | 884.54 |
| | | | | | | Net Pay | 884.54 |

**Company Expenses**
ERFICA-SS: 68.85   ERFICA-MED: 16.10

Check count = 21

# The Hen and The Rooster Investment Group, Inc
## Payroll Journal Alpha
All Bank Accounts
February 1, 2025 - June 30, 2025

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14417** | | | **06/13/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 72.82 | | |
| OT | 22.50 | 25.5300 | 574.43 | FICA-MED | 17.03 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 101.73 | | |
| | | | | Pennsylvania SIT | 36.06 | | |
| | | | | Pennsylvania SUI | 0.82 | | |
| | | | | Pennsylvania South Union, Township of EIT | 11.74 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 65.5300 | 1,174.43 | | 241.20 | | 0.00 |
| | | | | | | Net Check | 933.23 |
| | | | | | | Net Pay | 933.23 |

**Company Expenses**
ERFICA-SS: 72.82   ERFICA-MED: 17.03

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **107** | | **Beveridge, Seth** | | **Check # 14439** | | | **06/20/25** |
| Regular | 15.00 | 40.0000 | 600.00 | FICA-SS | 64.64 | | |
| OT | 22.50 | 19.6700 | 442.58 | FICA-MED | 15.12 | | |
| | | | | FICA-MED2 | 0.00 | | |
| | | | | FIT | 85.91 | | |
| | | | | Pennsylvania SIT | 32.01 | | |
| | | | | Pennsylvania SUI | 0.73 | | |
| | | | | Pennsylvania South Union, Township of EIT | 10.43 | | |
| | | | | Pennsylvania South Union, Township of LST Laurel Highlands S D (264003) | 1.00 | | |
| Totals | | 59.6700 | 1,042.58 | | 209.84 | | 0.00 |
| | | | | | | Net Check | 832.74 |
| | | | | | | Net Pay | 832.74 |

**Company Expenses**
ERFICA-SS: 64.64   ERFICA-MED: 15.12

Printed by WAYNESFAT on 08/20/25 at 10:32 AM