UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-22233 GLT |
| | : | |
| Seth A. Beveridge, | : | Chapter 7 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 14 |

Certificate of Service of
Notice of Rescheduled Meeting of Creditors

    Charles O. Zebley, Jr., attorney for Debtor, certifies that on the 7th day of October 2025 he served upon the Debtor, Seth A. Beveridge, at 55 Reppert Boulevard, Uniontown, PA 15401, written notice of the time and place of the rescheduled meeting of creditors in the above matter which the Trustee adjourned to Monday, November 10, 2025, at 10:00 a.m. by Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 724 575 1673, and Passcode 8273647003 or call 1-878-212-9551.

    Method of Service: First class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: October 7, 2025

ZEBLEY LAW OFFICES

By

/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA ID No. 28980
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Attorney for Debtor