Certificate Number: 05781-PAW-DE-040057898

Bankruptcy Case Number: 25-22233



05781-PAW-DE-040057898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2025, at 11:43 o'clock AM PDT, Seth Beveridge completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 5, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President